Ledell LEE *v.* STATE of Arkansas

CR 08-160

285 S.W.3d 248

Supreme Court of Arkansas
Opinion delivered May 29, 2008

*Gerald Coleman,* for petitioner.

No response.

PER CURIAM. ■ Ledell Lee, by and through his attorney, Gerald Coleman, petitions this court to relieve Mr. Coleman as counsel, so that Lori Leon, counsel for Lee in a federal habeas case, may be appointed to represent Lee in this court. We must deny the petition, as Ms. Leon, an attorney in Kansas City, Missouri, has not filed a motion with this court requesting pro hac vice status or a motion to be appointed as counsel for Lee.

Petition denied.